No. 94–1268. JOINT SCHOOL DISTRICT NO. 241 ET AL. v. HARRIS, ON HER OWN BEHALF AND ON BEHALF OF HER TWO CHILDREN, BUTLER AND HARRIS, ET AL.; and

No. 94–1314. CITIZENS PRESERVING AMERICA'S HERITAGE, INC., ET AL. *v.* HARRIS, ON HER OWN BEHALF AND ON BEHALF OF HER TWO CHILDREN, BUTLER AND HARRIS, ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and cases remanded with directions to dismiss as moot. *United States* v. *Munsingwear, Inc.,* 340 U. S. 36 (1950). Reported below: 41 F. 3d 447.